**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**

IN RE:
BRIAN KEITH COOPER
400 RUTHERFORD LANE
COLUMBIA, TN  38401

Case No.16-00909-CW1-13
CHAPTER 13

SSN XXX-XX-9079

**TRUSTEE'S NOTICE OF FILING OF ADDITIONAL CLAIM AND INTENT TO PAY**

Comes now the Standing Chapter 13 Trustee and hereby serves notice that the following claim was filed against the estate of the debtor and that such claim was not included in previous notices disclosing claims:

| NAME AND ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| SPRINGLEAF<br>P O BOX 3251<br>EVANSVILLE, IN  47731-0000 | $4,012.79 | UNSECURED CREDITOR<br>Disb Level: 41.00<br>ACCT:1150<br>COMM: DEFICIENCY/AMENDED |
| Court's Claim# 3 | Trustee's Claim# 28 | DATE FILED: 09/21/2016 |

The Trustee has examined the claim and intends to treat the claim as allowed for the amount claimed and payable pursuant to the provisions of the debtor(s) confirmed plan and other orders of this court.

10/06/2016
DATE SENT

JRH
INITIALS

/s/ Henry E. Hildebrand, III
HENRY E. HILDEBRAND, III
CHAPTER 13 TRUSTEE
P O BOX 340019
NASHVILLE, TN  37203
PHONE: 615-244-1101
FAX: 615-242-3241
pleadings@ch13nsh.com

cc:
J ROBERT HARLAN
P O BOX 949
COLUMBIA, TN  38402-0949

BRIAN KEITH COOPER
400 RUTHERFORD LANE
COLUMBIA, TN  38401

CHAPTER 13 TRUSTEE